IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THEOTIS LEE HODGE,<br><br>  Plaintiff,<br><br>v.<br><br>D. ZIMMERMAN, *et al.*,<br><br>  Defendants. | 2:22-CV-00200-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to deny the Motion for an Order to Show Cause for a Preliminary Injunction ("PI") (ECF No. 32) and Request for a Temporary Restraining Order ("TRO") (ECF No. 51) (collectively, the "Motions") filed by Plaintiff Theotis Lee Hodge. Objections to the findings, conclusions, and recommendation have been filed. *See* ECF No. 63. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 54. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Motions for PI and TRO are **DENIED**.

**IT IS SO ORDERED.**

December 14, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE