IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THEOTIS LEE HODGE, <br> TDCJ-CID No. 00504582, | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | 2:22-CV-200-Z-BR |
| D. ZIMMERMAN, *et al.*, | § <br> § <br> § | |
| Defendants. | § | |

## **ORDER TO ADMINISTRATIVELY CLOSE CASE PENDING APPEAL**

On November 20, 2023, Plaintiff filed an interlocutory appeal of the Court's order dismissing unserved Defendant Sheila Briscoe (ECF 59), and the appellate court has ordered briefing on the merits. Due to the pendency of the appeal, the Court will administratively close this case without prejudice and suspend all deadlines in this case, effective immediately. Therefore, the following motions are hereby TERMINATED:

1. Motion for Default Judgment Against Kim Massey (ECF 56);

2. Second Motion for Discovery and Motion to Compel (ECF 57);

3. Motion for Extension of Time to File Summary Judgment (ECF 61);

4. Motion to Strike Answer to Complaint (ECF 67);

5. Motion for Hearing on Default Judgment (ECF 70); and

6. Motion to Alter or Amend Judgment (ECF 71).

After this case is reopened upon resolution of the appeal, the Court will enter a new scheduling order and Plaintiff may re-urge these motions, if necessary, in accordance with such scheduling order. **The clerk is ordered to administratively close** this case for statistical purposes without prejudice to its being reopened for further proceedings.

IT IS SO ORDERED.

ENTERED January 23, 2024.

                                                  LEE ANN RENO
                                                  UNITED STATES MAGISTRATE JUDGE