IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THEOTIS LEE HODGE,<br><br>Plaintiff,<br><br>v.<br><br>D. ZIMMERMAN, *et al.*,<br><br>Defendants. | 2:22-CV-200-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Amended Complaint against Defendant J. Rilley only. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 97. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Amended Complaint against Defendant J. Rilley is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

March 27, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE